**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------- X

RESORTS GROUP, INC.,                                   :
                                                       :
                              Plaintiff,               :
                                                       :        Civil Action No.  1:20-cv-03863
              - against -                              :
                                                       :
CERBERUS CAPITAL MANAGEMENT, L.P.,                     :
CRE BUSHKILL GROUP, LLC, CRE NIAGARA                   :
HOLDINGS, LLC, CRE NIAGARA                             :
PARTICIPATION HOLDINGS, LLC and CLUB                   :
EXPLORIA, LLC,                                         :
                                                       :
                              Defendants.              :
------------------------------------------------------------- X

### ORDER

Having reviewed and considered Defendants CRE Niagara Holdings, LLC ("CRE Niagara"), Club Exploria, LLC ("Club Exploria"), CRE Niagara Participation Holdings, LLC ("CRE Niagara PH"), and CRE Bushkill Group, LLC's ("CRE Bushkill") Motion to Dismiss Plaintiff's Complaint and Cerberus Capital Management L.P.'s ("Cerberus" and, collectively with CRE Niagara, Club Exploria, CRE Niagara PH, and CRE Bushkill, "Defendants") Notice of Joinder, the August 10, 2020 letter from Plaintiff Resorts Group, Inc., and all other pleadings and documents properly before the Court, it is, pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure, hereby:

**ORDERED** that Defendants' Motion to Dismiss for lack of subject-matter jurisdiction is GRANTED;

**IT IS FURTHER ORDERED THAT** Plaintiff's claims against Defendants are dismissed without prejudice pursuant to Rule 12(b)(1) due to a lack of subject matter jurisdiction.

DATED: _____8/10/2020_____

_____
The Honorable Lewis J. Liman