**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
RESORTS GROUP, INC.,

                      Plaintiff,

-against-                                      20 **CIVIL** 3863 (LJL)

**JUDGMENT**

CERBERUS CAPITAL MANAGEMENT, L.P.,
CRE BUSHKILL GROUP, LLC, CRE NIAGARA
HOLDINGS, LLC, CRE NIAGARA
PARTICIPATION HOLDINGS, LLC and CLUB
EXPLORIA, LLC,

                      Defendants.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated August 10, 2020, that Defendants' motion to dismiss for lack of subject-matter jurisdiction is granted;

        **IT IS FURTHER ORDERED THAT** Plaintiff's claims against Defendants are dismissed without prejudice pursuant to Rule 12(a)(1) due to lack of subject matter jurisdiction.

**Dated:**  New York, New York
             August 11, 2020

                                                               **RUBY J. KRAJICK**
                                                                _____
                                                                   **Clerk of Court**
                                                      **BY:**
                                                                   **Deputy Clerk**